UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLOTTE CARROLL, | § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:22-cv-1604-B |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | § § § § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED.

DATE: June 12th, 2024.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE